# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 08-1207 JVS (RCx) | Date June 10, 2010 |
| Title Healthsmart Pacific Inc., et al. v. Zurich American Ins. Co., et al. | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   <u>Order to Show Cause why Sanctions should not be Issued for Failure to Comply with Court's Order</u>

     On February 20, 2009, the Court stayed this action pending Arbitration proceedings. The Court removed the matter from the Court's active caseload on March 11, 2009 and ordered "counsel to file a joint report of the status not later than June 1, 2009, and every 120 days thereafter." As of today the Court has not received a joint status report since January 28, 2010.

     The Court hereby orders the parties to show cause (OSC), in writing, not later than June 25, 2010, why sanctions should not be issued for failure to file the required joint status report. The Court will consider filing of the joint status report, on or before June 25, 2010 as an appropriate response to this OSC.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |